Local Form 440 (07/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Georgia

| | |
|---|---|
| Lehman Brothers Holdings Inc._____ ) | |
| *Plaintiff* ) | |
| ) | |
| v. ) | Civil Action No. |
| ) | |
| BayRock Mortgage Corporation_____ ) | **1 09-CV-2798** |
| *Defendant* ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

BayRock Mortgage Corporation
c/o Hayden Kepner, Esq
1500 Candler Building
127 Peachtree Street, N.E.
Atlanta, GA 30303

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

LOCK LORD BISSELL & LIDDELL, LLP
1170 PEACHTREE ST NE STE 1900
ATLANTA, GA 30309

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JAMES N. HATTEN
*CLERK OF COURT*

Date: OCT 0 9 2009          _____
                              *Signature of Clerk or Deputy Clerk*

Local Form 440 (07/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section must be filed with the court unless exempted by Fed. R. Civ. P. 4 (l).)*

This summons for *(name of individual and title, if any)* __Hayden Kepner__
was received by me on *(date)* __10/9/09__.

☒ I personally served the summons on the individual at *(place)* __127 PEACHTREE ST__
 on *(date)* __OCT 9, 2009__ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*: _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: __10/9/09__

*Server's signature:* __Alicia Jones__

*Printed name and title:* __Alicia Jones - Process Server__

*Server's address:* __1425 Benteen Ave Atlanta, GA 30315__

Additional information regarding attempted service, etc: