IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| **LEHMAN BROTHERS HOLDINGS, INC.,** | | |
| Plaintiff, | | |
| v. | | 1:09-cv-2798-WSD |
| **BAYROCK MORTGAGE CORPORATION,** | | |
| Defendant. | | |

## FINAL JUDGMENT

This matter is before the Court on Plaintiff Lehman Brothers Holdings, Inc.'s ("Plaintiff") Motion for Entry of Default and Default Judgment against Defendant Bayrock Mortgage Corporation ("Defendant") pursuant to Rule 55 of the Federal Rules of Civil Procedure.  The Court, having considered the Motion, and all other evidence of record,

**IT IS HEREBY ORDERED** that Default and Default Judgment be entered against Defendant in the amount of $1,612,267.40 in damages, inclusive of interest through December 16, 2009.  Post-judgment interest shall accrue on the judgment pursuant to 28 U.S.C. § 1961.

**SO ORDERED** this 31st day of December, 2009.

_____
WILLIAM S. DUFFEY, JR.
UNITED STATES DISTRICT JUDGE